ERNEST S. WITTNEBEL and MINA WITTNEBEL, Respondents, v. ROBERT P. GIBBS, Appellant, and NEW YORK LIFE INSURANCE COMPANY, Defendant.— Order denying motion to dismiss the complaint for insufficiency affirmed, with fifty dollars costs and disbursements, with leave to appellant to serve an answer within ten days from the entry of the order herein. Order denying motion for change of venue affirmed. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

LESTER BERKOWITZ, an Infant, etc., by His Guardian ad Litem, JACK BERKO-WITZ, Respondent, v. WALTER FLUHR and Another, Defendants. ANDREW GARBARINO, etc., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

FOOD DEALERS LOAN AND INVESTMENT CORPORATION, Appellant, Respondent, v. THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, Appellant. (Two Actions.) — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Kapper, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

In the Matter of LOUIS J. FEINSTEIN, Also Known as LEWIS J. FEINSTEIN, an Attorney.— Additional charges against respondent and his reply thereto referred to Hon. Norman S. Dike, official referee, to be considered and reported on simultaneously with the matter referred to him by this court on February 27, 1933. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. [See 233 App. Div. 541; 237 id. 835; 238 id. 802.]

JEAN V. LUTZ, Respondent, v. GENNARO DE MARTINO, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ESTELLE QUINN, Respondent, v. WILLIAM C. CLEGG, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SARAH RUSS, Appellant, v. MADELINE RUSS, Interpleaded and Substituted in Place and Stead of NEW YORK LIFE INSURANCE COMPANY, Respondent.— Motion for stay granted on condition that within five days from the entry of the order herein the appellant file and serve an undertaking with corporate surety to pay respondent, in the event of an affirmance by the Court of Appeals of the judgment of the Appellate Division, a sum of money equal to the difference between the rate of interest paid by the chamberlain of the city of New York on the fund in question, now on deposit with him, and the legal rate of interest, to be computed from the date of the affirmance of the judgment by the Appellate Division; otherwise, motion denied, with ten dollars costs. Present — Young, Kapper, Hagarty, Carswell and Davis, JJ. [See 238 App. Div. 873.]

AMERICAN SURETY COMPANY, a Corporation, Appellant, v. SHACKETT & SCOFIELD, INC., Respondent.— Order of the County Court of Dutchess county denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.